# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TED HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV566** |
| vs. | ) | |
| | ) | **ORDER** |
| **KENEXA TECHNOLOGY, INC.,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the court on the parties' Joint Motion for an extension of the deadlines. For good cause shown,

**IT IS ORDERED** that the motion [30] is granted, and the deadlines set in the Final Progression Order [19] are extended, as follows:

1. The date to disclose Plaintiff's expert witnesses is extended to December 1, 2006.

2. The date to disclose Defendant's expert witnesses is extended to January 2, 2007.

3. The summary judgment deadline is extended to January 17, 2007.

4. The deposition deadline is extended to February 1, 2007.

5. The pre-trial disclosures deadline is extended to April 2, 2007,

6. The deadline for filing motions in limine is extended to April 9, 2007.

7. The final pretrial conference is continued from February 15, 2007 to **April 16, 2007 at 10:00 a.m.**

8. Trial is continued from March 13, 2007 to **May 15, 2007.**

**DATED October 16, 2006.**

                                               BY THE COURT:

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**