IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TED HILL,** | ) | **CASE NO. 8:05CV566** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KENEXA TECHNOLOGY, INC.,** a Pennsylvania Corporation, | ) ) | |
| | ) | |
| **Defendant.** | ) | |

The matter before the Court is the parties' Stipulated and Joint Motion for Dismissal of Claims with Prejudice (Filing No. 43). The Court finds that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulated and Joint Motion for Dismissal of Claims with Prejudice (Filing No. 43) is approved;

2. The Plaintiff's claims and the Defendant's counter-claims in this matter are hereby dismissed with prejudice; and

3. Each party shall pay its own fees and costs as stated in the Stipulated and Joint Motion for Dismissal of Claims with Prejudice.

DATED this 25th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge